IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR GARCIA,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00331-ADA-BAM<br><br>ORDER PARTIALLY UNSEALING INDICTMENT; FILE REDACTED COPY |

　　　The United States having applied to this Court for the indictment and arrest warrants in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant with respect to Victor Garcia now having been executed and the need for sealing with respect to Victor Garcia having ceased;

　　　IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed as to Victor Garcia; the United States shall file a copy of the indictment on the public docket that is redacted to conceal the identity of the co-defendants who have not yet been apprehended. The unredacted indictment shall remain sealed.

Dated: December 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. STANLY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1