```
FILED
Jun 01, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VICTOR GARCIA,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-CR-00331-ADA-BAM<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>Hearing Date: June 8, 2023<br>Hearing Time: 2:00 p.m. |

　　　The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

　　　☒ Ad Prosequendum　　　☐ Ad Testificandum

　　　Name of Detainee:　　Victor Garcia

　　　Detained at (custodian):　　Faulkner County Jail, Arkansas

　　　Detainee is:

　　　a.)　　☒ charged in this district by:　　[X] Indictment　　☐ Information　☐ Complaint

　　　　　　charging detainee with <u>21 U.S.C. § 841, 846 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances</u>

　　　　or

　　　b.)　　☐ a witness not otherwise available by ordinary process of the Court

　　　Detainee will:

　　　a.)　　[ X ] return to the custody of detaining facility upon termination of proceedings or

b.)   [ ] be retained in federal custody until final disposition of federal charges.

Appearance by video conference is necessary on **June 8, 2023, at 2:00 p.m.** in the Eastern District of California.

Dated:  June 1, 2023

Signature:              /s/ Justin J. Gilio

Printed Name:       Justin J. Gilio

Attorney of Record for:   United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on June 8, 2023*, for a video conference appearance at *2:00 p.m* and the detainee shall be returned to the custody of detaining facility upon termination of proceedings.

Dated: **Jun 1, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male ☐Female | |
| USMS #: | 58164-510 | DOB: | 3/6/1982 |
| Facility Address: | 801 Locust St, Conway, AR 72032 | Race: | |
| Facility Phone: | (501) 450-4914 | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**
Executed on: _____     _____
                                     (signature)