HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> VICTOR EDUARDO GARCIA, <br><br> *Defendant,* | Case No. 1:22-cr-00331-ADA-BAM <br><br> **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Victor Eduardo Garcia, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. Our office has a conflict.

On January 6, 2023, an Indictment was issued in the above captioned case. Mr. Garcia is scheduled to have his initial arraignment on the indictment in this district on June 8, 2023. The expectation is that he will be appearing via zoom from Faulkner County Jail in Arkansas; appointed counsel is needed in advance to facilitate that appearance.

Mr. Garcia submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Richard Mehdi Oberto be promptly appointed *nunc pro tunc* as of June 2, 2023, to assist in advance of Mr. Garcia's arraignment.

DATED: June 5, 2023                               */s/ Eric V. Kersten*
                                                              ERIC V. KERSTEN
                                                              Assistant Federal Defender
                                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Richard Mehdi Oberto be promptly appointed *nunc pro tunc* as of June 2, 2023, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**June 5, 2023**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE